# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BRENT JACOB AND CARI JACOB, h/w**

    **Plaintiffs,**

**v.**

**READING, BLUE MOUNTAIN, AND NORTHERN RAILROAD COMPANY, and INTERNATIONAL PAPER COMPANY,**

    **Defendants.**

3:20-cv-00087
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS** \_\_18th\_\_ **DAY OF MARCH 2024,** upon consideration of Defendant International Paper Company's Motion for Summary Judgment (Doc. 53) and all other relevant documents, for the reasons set forth in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED THAT:**

1. Defendant International Paper Company's Motion for Summary Judgment (Doc. 53) is **GRANTED IN PART** as to the per se negligence claim pursuant to the PUC regulations, 52 Pa. Code §§ 33.122 through 33.127, contained within Count II of Plaintiffs' Complaint (Doc. 1 ¶ 46(f)).

2. Defendant's Motion (Doc. 53) is **DENIED** in all other respects.

3. Trial in the above-captioned matter will be scheduled by separate Order.

_____
Robert D. Mariani
United States District Judge